UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **FERNANDO AREVALO,** § § § | |
| **Plaintiff,** § § | **EP-22-CV-00148-FM-ATB** |
| v. § § | |
| **KILOLO KIJAKAZI,** *Acting Commissioner of Social Security Administration,* § § § § | |
| **Defendant.** § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

On this day, the Court considered the "Report and Recommendation of the Magistrate Judge" ("R & R") filed in the above-captioned case by United States Magistrate Judge Anne Berton ("Judge Berton") on July 25, 2023. R & R.[1] Therein, Judge Berton recommends that the District Court affirm the Acting Commissioner of the Social Security Administration's ("Commissioner") decision to deny Plaintiff Fernando Arevalo's ("Plaintiff") application for supplemental security income and disability insurance benefits.[2]

Because neither party objected to Judge Berton's R & R, the court has reviewed if for clear error.[3] As the court finds no clear error, the R & R will be approved and adopted in full. Consistent

---

[1] "Report and Recommendation" 1, ECF No. 21, entered July 25, 2023.

[2] *Id.*

[3] *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded by statue on other grounds*, 28 U.S.C. § 636(b)(1).

1

with the R & R, the decision of the Commissioner denying Plaintiff's application for supplemental security income and disability insurance will be affirmed.

Accordingly, it is **HEREBY ORDERED** that United States Magistrate Judge Anne Berton's "Report and Recommendation" [ECF No. 21] is **APPROVED** and **ADOPTED**.

It is **FUTHER ORDERED** that Commissioner's final decision is **AFFIRMED** in accordance with the Report and Recommendation.

**SIGNED AND ENTERED** this _10_ day of **August 2023.**

FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE

2